UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY JACKSON,

                Plaintiff,

    -against-

DOJ,

                Defendant.

23-CV-3623 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the May 10, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  May 10, 2023
           New York, New York

                                /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                                Chief United States District Judge